

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00253-CR

Yvonne Marie **YBARRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5444
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED August 30, 2013.

_____
Karen Angelini, Justice